LILLIAN E. WIRTH, Appellant, *v.* GEORGE R. WIRTH, Respondent.

Argued April 12, 1954; decided April 23, 1954.

*Bernard Meyerson, Milton M. Eisenberg* and *Ralph Weller* for appellant.

*Harold R. Brophy* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.